## AFFIDAVIT IN SUPPORT OF COMPLAINT

I.      INTRODUCTION AND AGENT BACKGROUND

I, Gabriel DiFilippo, a Special Agent with Homeland Security Investigations (HSI), (hereinafter Affiant) being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent ("SA") for Homeland Security Investigations ("HSI") currently assigned to the Cleveland Field Division. I have been employed as a Special Agent with HSI since August 2025. I have received basic federal law enforcement training, including the Criminal Investigator Training program and Homeland Security Investigations Special Agent Training, as well as other specialized federal law enforcement training. I have used many investigative techniques in furtherance of such investigations. I have conducted searches and interviews, and have conducted physical surveillance. In my experience as a law enforcement officer, I have assisted in investigations, which have resulted in the issuance and execution of search warrants resulting in the seizure of evidence, and the arrest of individuals.

2.      I am a Special Agent with Homeland Security Investigations. I have been employed with HSI since August 2025. I am currently assigned to the HSI National Security and Public Safety Group. Prior to my tenure as a Special Agent, I was employed by the company FSA to be a contractor with the United States Marshals Service ("USMS") and assisted in the seizure and management of Department of Justice virtual currency assets. I have also completed internships with the USMS, HSI, and the Cleveland Police Department. Additionally, I earned a degree in Criminology and Justice Studies as well as a degree in Political Science from Kent State University in Kent, Ohio. As a Special Agent with the HSI, I investigate criminal and national security-related matters involving cyber network exploitation, internet crimes against children, and counter

1

proliferation offenses. Furthermore, while assisting the Ohio Internet Crimes Against Children Taskforce (ICAC), the following facts and information became known to the Affiant:

3.      The facts in the Affidavit come from Affiant's personal observations, training and experience and information obtained from other law enforcement officers and witnesses.  This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of Affiant's knowledge about this matter.

4.      Affiant is aware that Title 18, United States Code, Section 2423(b) makes it a crime for any person to travel in interstate or foreign commerce, or to travel into or out of the United States, with the intent to engage in any illicit sexual conduct with another person.

5.      Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe that Esteban Baltazar Chavez (hereinafter BALTAZAR CHAVEZ) has committed the offense of Travel with Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b) (hereinafter the "TARGET OFFENSE").

## II.    STATEMENT OF PROBABLE CAUSE

6.      On June 26, 2026, Detective Miranda Helmick (hereafter known as the "UC") was participating in an undercover online operation targeting individuals seeking to engage in unlawful sexual conduct with minors hosted by the Ohio Internet Crimes Against Children (ICAC) Taskforce. For this operation, the UC created and maintained an undercover profile on the online dating and social networking platform Badoo. The profile depicted a 14-year-old female named "Emzy" and included three photographs of a young female, with her consent, edited to appear consistent with a 14-year-old child. The profile publicly displayed that the user was 62 and lived in Cleveland, Ohio. Badoo, along with many socializing and dating sites, enforce a strict policy of requiring users to be 18 years or older. This leads minors who want to use Badoo and similar chat

2

applications to enter a fake age that is above the 18 years or older requirement to circumvent the website's policy. Typically, minor users still use accurate photographs in their user profile.

7.     On June 26, 2026, a user identifying himself as Esteban Baltazar, age 63, contacted the undercover Badoo profile. BALTAZAR CHAVEZ's profile included his full name, age, and a photograph of a Hispanic male holding a female infant. In the Badoo profile picture, the individual appears to be a mature adult male.

8.     During the initial conversation, the UC advised BALTAZAR CHAVEZ that "Emzy" was "almost 15" years old. BALTAZAR CHAVEZ informed t h e  UC that he lived in Tennessee. BALTAZAR CHAVEZ then provided his phone number (615) 389-8330 and requested that UC text him. Basic conversation then ensued with BALTAZAR CHAVEZ asking about "Emzy's" home life. The UC advised him that "Emzy" was home alone while her father was out of town and that she was bored. BALTAZAR CHAVEZ then indicated that he would be willing to drive to see "Emzy" and expressed his willingness to engage in sexual activity with who he believed to be a 14-year-old female. BALTAZAR CHAVEZ appeared to be Hispanic, and his communication was in broken English at times. However, all chatting on Badoo and later electronic communication via SMS were in English.

9.     On June 26th, 2026, at approximately 2:16 PM the UC, using the phone number (216) 428-2999[1], contacted BALTAZAR CHAVEZ through electronic communication via SMS at BALTAZAR CHAVEZ's provided number of (615) 389-8830. Below are excerpts from the chatting by UC and BALTAZAR CHAVAZ via SMS.  The below excerpts do not represent the chatting in its entirety.

- UC: Heey...its Emily from Badoo

---

[1] Law enforcement was using a chat application called Callyo to communicate via SMS and memorialize the conversation.

- BALTAZAR CHAVEZ: Hello bb

- UC: is ur name really Esteban?

- UC: or do u go by a nickname?

- BALTAZAR CHAVEZ: I'm Esteban

- UC: cool...nice to meet u kinda

- BALTAZAR CHAVEZ: Nice yo meet you too

- BALTAZAR CHAVEZ: You have no parents to visit to you?

- UC: my dad gets home on sunday

- BALTAZAR CHAVEZ: I got it go on the morning

- BALTAZAR CHAVEZ: We stay together all night

- BALTAZAR CHAVEZ: Ok bb I have to drive

- UC: yeah...he comes home sunday afternoon i think so u can stay the night

- BALTAZAR CHAVEZ: Cool -••00•뵉

- BALTAZAR CHAVEZ: Send me a sexy pic my love

- BALTAZAR CHAVEZ: I want to see you

---

- BALTAZAR CHAVEZ: Bb can a have you adrees I want to see how many hours I have to drive

- UC: just put in the cleveland zoo. i live right by it

- UC: and then tell me how long itll take u

- BALTAZAR CHAVEZ: Okay '

- BALTAZAR CHAVEZ: Almost 8 hours away

- UC: u still able to come or no?

4

- BALTAZAR CHAVEZ: Yes '

- BALTAZAR CHAVEZ: I'll be there

---

- BALTAZAR CHAVEZ: Hey bb I will telll you my age 40 years old you agree?

- UC: what?

- BALTAZAR CHAVEZ: I got 40 years

- UC: u got 40 years for what?

- BALTAZAR CHAVEZ: I'm not young

- UC: ok

- BALTAZAR CHAVEZ: If you agree     you send me you address

- UC: i said that its ok. when i kno ur on ur way ill give u my house but i live right by the cleveland zoo

- BALTAZAR CHAVEZ: I want to make sure since. Here

- UC: what?

- BALTAZAR CHAVEZ: I have to put my GPS from my house I got 3 routes

- UC: 4123 pearl rd cleveland ohio

- BALTAZAR CHAVEZ: Okay

- UC: how long does it take u

- BALTAZAR CHAVEZ: Thanks bb

- BALTAZAR CHAVEZ: Almost 8 hours

10.     On June 26, 2026, at approximately 11:48 PM, the UC initiated a telephone conversation with BALTAZAR CHAVEZ that lasted approximately eight minutes and 45

5

seconds.[2] In the referenced conversation, the UC asked BALTAZAR CHAVEZ if he speaks Spanish, and he confirms that he does speak Spanish and that he is from Mexico. The UC asks what time BALTAZAR CHAVEZ will be leaving to drive to the pre-arranged meet location and that the UC would wake up then. BALTAZAR CHAVEZ confirmed he would be leaving after 8:00 AM and arrive after 4:00 PM, as it is "almost eight hours of driving". Further into the telephonic conversation, the UC tells BALTAZAR CHAVEZ that she is unable to drive, to which BALTAZAR CHAVEZ comments that the UC is "young". BALTAZAR CHAVEZ also questioned where the UC's "daddy" was, and the UC informed BALTAZAR CHAVEZ that her father was on a cruise and wouldn't return till Sunday afternoon. BALTAZAR CHAVEZ also confirmed that the UC lived alone.

11.     On June 27, 2026, at approximately 8:14 AM BALTAZAR CHAVEZ reinitiated contact with the UC using phone number (615) 389-8830, through electronic communication via SMS. Below are excerpts from the chatting by UC and BALTAZAR CHAVAZ vis SMS.

- BALTAZAR CHAVEZ: Good morning my bb

- BALTAZAR CHAVEZ: You address is a burger king

- BALTAZAR CHAVEZ: I see the building

- BALTAZAR CHAVEZ: https://maps.app.goo.gl/r24SrmtpxYtqiKVd8?g_st=a

- UC: What does ur gps say...like the time

- BALTAZAR CHAVEZ: 5 pm

- BALTAZAR CHAVEZ: Rain

12.     On June 27, 2026, at approximately 11:39 AM BALTAZAR CHAVEZ initiated a

---

[2] This summary does not include every facet of the telephonic conversation.

telephonic conversation with the UC that lasted approximately one minute and 37 seconds. In the conversation, BALTAZAR CHAVEZ responded to the UC in an echoing area, and told the UC it was raining in Kentucky. BALTAZAR CHAVEZ ended the call confirming that he would call her in Cincinnati once he arrived there in three hours.

13.     On June 27, 2026, at approximately 12:21 PM, BALTAZAR CHAVEZ initiated a telephonic conversation with the UC that lasted approximately seven minutes and 57 seconds. In the conversation, the UC stated that she wants to tell her friend that she has a boyfriend, and BALTAZAR CHAVEZ responds in an unclear manner saying "you tell to do" but then clearly states "sex to me, with me?". The UC clarifies that BALTAZAR CHAVEZ would want to "do that tonight" to which he responds with a verbal sound of confirmation. The UC then asks how BALTAZAR CHAVEZ wants to do it, and BALTAZAR CHAVEZ once again responds "with sex". The UC then references their previous chats, saying they talked about "that" but she wasn't sure if BALTAZAR CHAVEZ still wanted to do "that". BALTAZAR CHAVEZ again responds with a verbal confirmation and says, "yeah we can do, you don't tell nobody and I don't tell nobody too". BALTAZAR CHAVEZ then confirms the UC's "father" will return on June 28th, 2026, and that he would leave at 12:00 PM, but that BALTAZAR CHAVEZ would return the next weekend. The UC then asks BALTAZAR CHAVEZ that he "won't tell anyone I'm fourteen, right?" to which BALTAZAR CHAVEZ responds with a verbal sound of confirmation. The UC clarifies that BALTAZAR CHAVES would tell people she was fourteen years old and BALTAZAR CHAVEZ responds by saying, "no no no". Further in the conversation, the UC questions if BALTAZAR CHAVEZ will wear a condom when they have sex. BALTAZAR CHAVEZ responds by saying that "they will have to buy" and that they "can buy in the store". BALTAZAR CHAVEZ then asks if it is the UC's "first time". Finally, BALTAZAR CHAVEZ states that he will be there in "five

7

hours, six hours" and that he would call the UC in Cincinnati.

14.    On June 27th, 2026, at approximately 1:08 PM the UC contacted BALTAZAR CHAVEZ at (615) 389-8830, through electronic communication via SMS. Below are excerpts from the chatting by the UC and BALTAZAR CHAVEZ vis SMS.  The below excerpts do not represent the chatting in its entirety.

- The UC: next time u stop can u take a pic of urself so i can see my bf

- BALTAZAR CHAVEZ: Okay

- BALTAZAR CHAVEZ: The traffic are stocking on interstate 65

15.    On June 27, 2026, at approximately 2:50 PM BALTAZAR CHAVEZ initiated a telephonic conversation with the UC that lasted approximately two minutes and 58 seconds. In the conversation, BALTAZAR CHAVEZ states he is an hour out from Cincinnati, and he will arrive at the pre-arranged meet location at 7:30 PM.

16.    On June 27, 2026, at approximately 7:46 PM BALTAZAR CHAVEZ arrived at a pre-arranged meeting location in Cleveland, Ohio, in the Northern District of Ohio, Eastern Division. At 7:58 PM, BALTAZAR CHAVEZ was taken into custody. BALTAZAR CHAVEZ had a Motorola Moto G 2026, IMSI Number 313340204050216, in his pocket at the time of his arrest.  The ICAC Taskforce Command Center issued a telephonic call to phone number (615) 389-8830, the phone number that BALTAZAR had been using to communicate with the UC, and shortly thereafter, a notification appeared on BALTAZAR CHAVEZ's cellular phone's display screen showing an incoming call from the ICAC taskforce number.

17.    BALTAZAR CHAVEZ was taken to the Newburgh Heights Police Department and was met by Detective Michael Hanna with the Portage County Sheriff's Office (PCSO), Special Agent Monica Hantz with the Federal Bureau of Investigation (FBI), and the undersigned Special

8

Agent. BALTAZAR CHAVEZ, a native Spanish speaker, was advised of his constitutional rights through a Miranda warning provided in the Spanish language. He acknowledged his understanding of these rights by signing a Miranda warning form. Following this advisement, BALTAZAR CHAVEZ was interviewed by the investigators previously identified.

18. BALTAZAR CHAVEZ stated that he initiated communication with an individual through an application known as "Badoo." The conversation subsequently transitioned from the Badoo application to standard text messaging. BALTAZAR CHAVEZ confirmed his cellular telephone number as (615) 389-8330, which was the same number used for communication with the UC. BALTAZAR CHAVEZ explained that the Badoo profile for the individual he was communicating with listed her age as sixty-two. BALTAZAR CHAVEZ denied communicating with any other minors.

19. BALTAZAR CHAVEZ admitted the UC told him she was fourteen years old and had sent him photographs of herself. He estimated the individual appeared to be approximately twenty or twenty-one years old in one photograph and approximately twelve years old in another.

20. BALTAZAR CHAVEZ acknowledged discussing sexual activity with the girl over the phone but insisted he believed her to be sixty-two years old due to the Badoo profile information. He denied that he would drive eight hours to have sex with a fourteen-year-old but reported that he did drive eight hours to meet the individual, whom he believed to be in her sixties despite her stating she was fourteen.

21. BALTAZAR CHAVEZ was presented with a printout of the text-based conversations exchanged with the girl. He confirmed that the phone number (615) 389-8830 was his and that he had sent the messages reflected in the conversation log. BALTAZAR CHAVEZ also demonstrated knowledge of specific details from the conversation, such as the girl's mother

9

being incarcerated, without being shown those particular messages.

22.     When confronted with a message he sent regarding keeping his planned overnight visit a secret, BALTAZAR CHAVEZ explained that he sent the message because, although he believed her to be a sixty-two-year-old woman, she was not the head of the household and did not want to get in trouble with her father.

## VI.      CONCLUSION

23.     Based on the foregoing, Affiant respectfully submits that there is probable cause to believe that Esteban Baltazar Chavez has committed a violation of 18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct.

24.     For those reasons, Affiant respectfully requests that this Court issue an arrest warrant for Esteban Baltazar Chavez.

Gabriel DiFilippo
Special Agent, HSI

Sworn to via FaceTime after submission by reliable electronic means. Fed. R. Crim.
P. 4.1; 41(d)(3) this 6th day of July, 2026.



James E. Grimes Jr., United States Magistrate Judge

10